

# Fourth Court of Appeals
## San Antonio, Texas

September 6, 2016

No. 04-16-00313-CV

Sergio **ALANIS**, Sr., Maria Guadalupe Alanis, Susie Alanis, Sergio Alanis, Jr., and Alonzo Alanis,
Appellants

v.

Jesus Maria **ALVAREZ** and Alvarez & Associates,
Appellees

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-00-328
Honorable Federico Hinojosa, Judge Presiding

## O R D E R

The appellees' brief was originally due to be filed on July 29, 2016. The appellees' first motion for extension of time was granted, extending the deadline for filing the brief to August 29, 2016. Neither the brief nor a motion for an additional extension of time has been filed. It is therefore ORDERED that appellees' brief be filed by September 16, 2016. If the appellees' brief is not filed by September 16, 2016, the case will be set "at issue" and will be submitted without an appellees' brief.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of September, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court